IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAREES F. MUHAMMAD AND KAMILA T. MUHAMMAD,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>JASON BREMNER, et al.,<br><br>　　　　　Defendants.<br>_____ | ) CIVIL NO.  05-00519 SPK-KSC<br>)<br>) FINDINGS AND<br>) RECOMMENDATION THAT CASE<br>) BE DISMISSED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FINDINGS AND RECOMMENDATION THAT CASE BE DISMISSED

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a Scheduling Conference was set for February 16, 2006.  Plaintiffs Warees F. Muhammad and Kamila T. Muhammad ("Plaintiffs") failed to appear at the Rule 16 Scheduling Conference.  As a result, the Court issued an order to show cause why sanctions should not be imposed for Plaintiffs' failure to appear at the Rule 16 Scheduling Conference and failure to file an opening brief.  The Court's Order to Show Cause directed Plaintiffs to appear before the Court on March 30, 2006 to

show cause, if there be any, why sanctions should not be imposed for Plaintiffs' failure to prosecute this case.

On March 28, 2006 Plaintiffs' counsel, Michael Salling submitted a letter requesting that the if the Court was going to dismiss the case, it be without prejudice.  At the hearing on March 30, 2006, Plaintiffs' counsel appeared and again requested that the Court dismiss the case without prejudice.

A district court must weigh five factors to determine whether to dismiss a case for lack of prosecution: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendant; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions.  Bautista v. Los Angeles County, 216 F. 3d 837, 841 (9th Cir. 2000).

Balancing the five factors in this case, the Court finds that dismissal of the Complaint without prejudice to be an appropriate sanction for Plaintiffs' failure to appear, file an opening brief and to prosecute this case.

Consequently, the Court  FINDS and RECOMMENDS that this action be DISMISSED WITHOUT PREJUDICE.

IT IS SO FOUND AND RECOMMENDED.

Dated:  Honolulu, Hawaii, March 30, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO. 05-00519 SPK-KSC; WAREES F. MUHAMMAD, et. al. vs. JASON BREMNER, et. al.; FINDINGS AND RECOMMENDATION THAT CASE BE DISMISSED