IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Warees F. Muhammad and Kamila T. Muhammad, | ) ) ) | CV 05-00519SPK-KSC |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| Jason Bremner, et al., | ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on 03/30/2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court. The action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 2, 2006



_____
Samuel P. King
Senior United States District Judge